## IN THE DISTRICT COURT IN AND FOR BEAVER COUNTY, OKLAHOMA

| | |
|---|---|
| CTF LTD., ET. AL. V. CHESAPEAKE EXPLORATION LLC, ET. AL. | No. CJ-2018-00026<br>(Civil relief more than $10,000: BREACH OF CONTRACT)<br><br>Filed: 12/18/2018<br><br>Judge: PARSLEY, THE HONORABLE JON K. |

## PARTIES

CHESAPEAKE EXPLORATION LLC, Defendant
CTF LTD., Plaintiff
CHESAPEAKE OPERATING LLC, Defendant
CARLTON,  RONALD  E., Plaintiff
ENCINO ENERGY LLC, Defendant
CARLTON,  JUDY  L., Plaintiff
ENCINO ACQUISITION PARTNERS, Defendant
CARLTON,  BRUCE  D., Plaintiff
ENCINO OPERATING LLC, Defendant
CARLTON,  CATHERINE  B., Plaintiff
FECHKO,  LAWRENCE  J., Plaintiff

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| PIERCE & O'NEILL LLP<br>4203 MONTROSE BLVD.<br>HOUSTON , TX 77006 | |
| SHARP, REX A.<br>SHARP LAW, LLP<br>5301 W. 75TH STREET<br>PRAIRIE VILLAGE , KS 66208 | |
| KIRKLAND & ELLIS L.L.P.<br>1301 PENNSYLVANIA AVENUE N.W.<br>WASHINGTON , DC 20004 | |
| FRANKLAND, BARBARA C.<br>SHARP LAW, LLP<br>11990 GRANT STREET, SUITE 550 | |

| Attorney | Represented Parties |
|---|---|
| NORTHGLENN , CO 80233 | |
| MCAFEE & TAFT P.C.<br>TWO LEADERSHIP SQUARE, 10TH FLOOR<br>211 N. ROBINSON AVENUE<br>OKLAHOMA CITY , OK 73102-7103 | |
| PETTY, DAVID K.<br>P.O. BOX 1187<br>GUYMON , OK 73942 | |

# EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Tuesday, April 23, 2019 at 10:00AM<br>  SCHEDULING CONFERENCE | | | |
| Tuesday, April 23, 2019 at 10:00AM<br>  ALL PENDING MOTIONS | | | |
| Tuesday, May 28, 2019 at 10:00AM<br>  MOTION TO SETTLE JOURNAL ENTRY | | | |
| Tuesday, June 11, 2019 at 10:00AM<br>  ALL PENDING MOTIONS | | | |
| Tuesday, February 11, 2020 at 10:00AM<br>  ALL PENDING MOTIONS | | | |
| Tuesday, July 14, 2020 at 10:00AM<br>  ALL PENDING MOTIONS | | | |
| Tuesday, August 25, 2020 at 11:00AM<br>  MOTION TO SEVER | | | |
| Tuesday, August 25, 2020 at 11:00AM<br>  MOTION FOR CLARIFICATION | | | |

# ISSUES

1. BREACH OF CONTRACT

## DOCKET

| Date | Description | Amount |
|---|---|---|
| 12-18-2018 | FILE AND ENTER PETITION W/EXHIBITS<br>Document Available (#CC18121900000005) TIFF PDF | $ 163.00 |
| | ** FIRST "AMENDED" PETITION FILED 5/20/2019 ** | $ 6.00 |
| | (Entry with fee only) | $ 7.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 07/01/07 | $ 25.00 |
| | LENGTHY TRIAL FUND | $ 10.00 |
| | OK COURT APPOINTED SPECIAL ADVOCATES | $ 5.00 |
| | 10% OF CASA TO COURT CLERK REVOLVING FUND | $ 0.50 |
| | OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | $ 1.55 |
| | 10% OF COJC TO COURT CLERK REVOLVING FUND | $ 0.16 |
| | COURTHOUSE SECURITY FEE | $ 10.00 |
| | 10% OF CHSC TO COURT CLERK REVOLVING FUND | $ 1.00 |
| | STATE JUDICIAL REV. FUND INTERPRETER & TRANSLATOR SERVICES | $ 0.45 |
| | 15% TO DISTRICT COURT REVOLVING FUND | $ 2.48 |
| 12-18-2018 | ISSUED (5) SUMMONS TO ATTY. OF RECORD FOR SERVICE ON | $ 50.00 |
| | DEFENDANTS | |
| 12-19-2018 | AFFIDAVIT OF SERVICE: SERVED CHESAPEAKE EXPLORATION LLC<br>Document Available (#CC18121900000199) TIFF PDF | |
| | BY SERVING THE CORPORATION COMPANY ON 12-19-2018 | |
| 12-19-2018 | AFFIDAVIT OF SERVICE: SERVED CHESAPEAKE OPERATING LLC<br>Document Available (#CC18121900000200) TIFF PDF | |
| | BY SERVING THE CORPORATION COMPANY ON 12-19-2018 | |
| 12-26-2018 | NOTICE OF FILING NOTICE OF REMOVAL W/EXHIBIT "A"<br>Document Available (#CC18122600000012) TIFF PDF | |
| 03-04-2019 | AMENDED ORDER<br>Document Available (#CC19030400000048) TIFF PDF | |

| Date | Description | Amount |
|---|---|---|
|  | ** PREVIOUS ORDER ERRONEOUSLY REFERENCED AND FILED |  |
|  | IN CJ-2018-23 ** |  |
| 03-06-2019 | NOTICE OF FILING OF FEDERAL COURT DOCUMENTS<br>Document Available (#CC19030600000084)  TIFF    PDF |  |
| 03-06-2019 | EXHIBIT 10/STIPULATION<br>Document Available (#CC19030600000099)  TIFF    PDF |  |
| 03-06-2019 | CHESAPEAKE EXPLORATION, LLC AND CHESAPEAKE OPERATING,<br>Document Available (#CC19030600000100)  TIFF    PDF |  |
|  | LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' |  |
|  | PETITION |  |
| 03-06-2019 | ORDER<br>Document Available (#CC19030600000111)  TIFF    PDF |  |
| 03-06-2019 | CHESAPEAKE EXPLORATION, LLC AND CHESAPEAKE OPERATING,<br>Document Available (#CC19030600000128)  TIFF    PDF |  |
|  | LLC'S AMENDED DISCLOSURE STATEMENT IDENTIFYING LLC |  |
|  | CONSTITUENTS |  |
| 03-06-2019 | PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS'<br>Document Available (#CC19030600000134)  TIFF    PDF |  |
|  | MOTION FOR EXTENSION OF TIME |  |
| 03-06-2019 | ENCINO ENERGY, LLC; ENCINO ACQUISITION PARTNERS, LLC;<br>Document Available (#CC19030600000139)  TIFF    PDF |  |
|  | AND ENCINO OPERATING LLC'S UNOPPOSED MOTION TO WITHDRAW |  |
|  | NOTICE OF REMOVAL |  |
| 03-06-2019 | AFFIDAVIT OF SERVICE: SERVED ENCINO ENERGY LLC ON<br>Document Available (#CC19030600000146)  TIFF    PDF |  |
|  | 12-27-2018 |  |
|  | XX |  |
| 03-06-2019 | AFFIDAVIT OF SERVICE: SERVED ENCINO ACQUISITION<br>Document Available (#CC19030600000147)  TIFF    PDF |  |

| Date | Description | Amount |
|---|---|---|
| | PARTNERS LLC ON 12-27-2018 | |
| 03-06-2019 | AFFIDAVIT OF SERVICE: SERVED ENCINO OPERATING LLC ON<br>Document Available (#CC19030600000148) TIFF   PDF | |
| | 12-19-2018 | |
| 03-06-2019 | MOTION FOR SCHEDULING/PRETRIAL CONFERENCE<br>Document Available (#CC19030600000149) TIFF   PDF | |
| 03-06-2019 | CERTIFICATE OF SERVICE<br>Document Available (#CC19030600000151) TIFF   PDF | |
| 03-07-2019 | MOTION FOR ENTRY OF DEFAULT JUDGMENT<br>Document Available (#CC19030700000042) TIFF   PDF | |
| 03-08-2019 | EMERGENCY MOTION TO ENJOIN DEFENDANTS W/EXHIBITS<br>Document Available (#CC19030800000074) TIFF   PDF | |
| 03-08-2019 | CERTIFICATE OF SERVICE<br>Document Available (#CC19030800000134) TIFF   PDF | |
| 03-08-2019 | ENCINO'S SPECIAL ENTRY OF APPEARANCE, RESPONSE TO<br>Document Available (#CC19030800000151) TIFF   PDF | |
| | PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT, AND REQUEST | |
| | FOR LEAVE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' | |
| | PETITION OUT OF TIME | |
| 03-11-2019 | PLAINTIFF'S RESPONSE TO ENCINO'S SPECIAL ENTRY OF<br>Document Available (#CC19031100000136) TIFF   PDF | |
| | APPEARANCE, RESPONSE TO PLAINTIFFS' MOTION FOR DEFAULT | |
| | JUDGMENT, AND REQUEST FOR LEAVE TO ANSWER OR OTHERWISE | |
| | RESPOND TO PLAINTIFF'S PETITION OUT OF TIME | |
| 03-11-2019 | CHESAPEAKE'S MOTION TO DISMISS PURSUANT TO THE DOCTRINE<br>Document Available (#CC19031100000142) TIFF   PDF | |
| | OF FORUM NON CONVENIENS OR, IN THE ALTERNATIVE, | |
| | TRANSFER TO THE DISTRICT COURT OF OKLAHOMA COUNTY | |

| Date | Description | Amount |
|---|---|---|
| 03-15-2019 | MOTION DOCKET W/AFFIDAVIT OF MAILING<br>Document Available (#CC19031500000054) TIFF   PDF | |
| 03-20-2019 | AGREED ORDER<br>Document Available (#CC19032000000023) TIFF   PDF | |
| 03-25-2019 | CHESAPEAKE DEFENDANTS' MOTION TO COMPEL ARBITRATION AND<br>Document Available (#CC19032500000067) TIFF   PDF | |
| | OPENING BRIEF IN SUPPORT W/EXHIBITS | |
| 03-25-2019 | CHESAPEAKE DEFENDANTS' NOTICE OF ADDITIONAL FEDERAL<br>Document Available (#CC19032500000316) TIFF   PDF | |
| | COURT FILINGS W/EXHIBITS | |
| 03-25-2019 | ENCINO'S REPLY IN SUPPORT OF ITS SPECIAL ENTRY OF<br>Document Available (#CC19032500000368) TIFF   PDF | |
| | APPEARANCE, AND REQUEST FOR LEAVE TO ANSWER OR | |
| | OTHERWISE RESPOND TO PLAINTIFF'S PETITION OUT OF TIME | |
| | W/EXHIBIT | |
| 03-26-2019 | CHESAPEAKE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION<br>Document Available (#CC19032600000101) TIFF   PDF | |
| | TO ENJOIN DEFENDANTS W/EXHIBIT 1 | |
| 03-29-2019 | PLAINTIFFS' RESPONSE TO CHESAPEAKE'S MOTION TO DISMISS<br>Document Available (#CC19032900000070) TIFF   PDF | |
| | OR TRANSFER DUE TO FORUM NON CONVENIENS | |
| 04-05-2019 | ENCINO'S SUPPLEMENT IN SUPPORT OF ITS SPECIAL ENTRY OF<br>Document Available (#CC19040500000097) TIFF   PDF | |
| | APPEARANCE, AND REQUEST FOR LEAVE TO ANSWER OR | |
| | OTHERWISE RESPOND TO PLAINTIFFS' PETITION OUT OF TIME | |
| | W/EXHIBITS | |
| 04-08-2019 | PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME<br>Document Available (#CC19040800000110) TIFF   PDF | |
| | XX | |

6

| Date | Description | Amount |
|---|---|---|
| 04-08-2019 | PLAINTIFFS' RESPONSE TO CHESAPEAKE'S MOTION TO COMPEL<br>Document Available (#CC19040800000104) TIFF   PDF | |
| | ARBITRATION OF ONLY COUNT III | |
| 04-12-2019 | MOTION DOCKET W/AFFIDAVIT OF MAILING<br>Document Available (#CC19041200000078) TIFF   PDF | |
| 04-12-2019 | CHESAPEAKE'S REPLY TO PLAINTIFFS' OPPOSITION TO<br>Document Available (#CC19041200000134) TIFF   PDF | |
| | CHESAPEAKE'S MOTION TO DISMISS OR TRANSFER PURSUANT TO | |
| | THE DOCTRINE OF FORUM NON CONVENIENS | |
| 04-16-2019 | PLAINTIFFS' REPLY IN SUPPORT OF THEIR EMERGENCY MOTION<br>Document Available (#CC19041600000224) TIFF   PDF | |
| | TO ENJOIN DEFENDANTS | |
| 04-17-2019 | MOTION TO ASSOCIATE COUNSEL W/EXHIBITS "A,B,C"<br>Document Available (#CC19041700000119) TIFF   PDF | |
| | (DANIEL T. DONOVAN) | |
| 04-17-2019 | MOTION TO ASSOCIATE COUNSEL W/EXHIBITS "A,B,C"<br>Document Available (#CC19041700000131) TIFF   PDF | |
| | (RAGAN NARESH) | |
| 04-23-2019 | ORDER ADMITTING TO PRACTICE (DANIEL T. DONOVAN)<br>Document Available (#CC19042300000136) TIFF   PDF | |
| 04-23-2019 | ORDER ADMITTING TO PRACTICE (RAGAN NARESH)<br>Document Available (#CC19042300000138) TIFF   PDF | |
| 04-26-2019 | CERTIFICATE OF MAILING<br>Document Available (#CC19042600000133) TIFF   PDF | |
| 05-02-2019 | JOURNAL ENTRY<br>Document Available (#CC19050200000332) TIFF   PDF | |
| 05-02-2019 | ISSUED (4) CERTIFIED COPIES TO ATTY. SCHOVANEC | |

| Date | Description | Amount |
|---|---|---|
| 05-02-2019 | ENCINO ENERGY, LLC AND ENCINO OPERATING LLC'S SPECIAL  Document Available (#CC19050200000358) TIFF   PDF | |
| | ENTRY OF APPEARANCE AND MOTION TO DISMISS W/EXHIBITS | |
| | XX | |
| 05-02-2019 | ENCINO ACQUISITION PARTNERS, L.L.C.'S SPECIAL ENTRY OF  Document Available (#CC19050300000024) TIFF   PDF | |
| | APPEARANCE AND MOTION TO DISMISS W/EXHIBITS | |
| 05-08-2019 | PLAINTIFFS' MOTION TO SETTLE JOURNAL ENTRY W/EXHIBITS  Document Available (#CC19050800000029) TIFF   PDF | |
| 05-10-2019 | PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES  Document Available (#CC19051000000055) TIFF   PDF | |
| | W/EXHIBITS | |
| 05-10-2019 | CERTIFICATE OF SERVICE  Document Available (#CC19051000000109) TIFF   PDF | |
| 05-10-2019 | JOURNAL ENTRY  Document Available (#CC19051000000138) TIFF   PDF | |
| 05-13-2019 | PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE  Document Available (#CC19051300000066) TIFF   PDF | |
| | RESPONSES TO ENCINO'S MOTIONS TO DISMISS W/EXHIBITS | |
| 05-13-2019 | PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON  Document Available (#CC19051300000083) TIFF   PDF | $ 50.00 |
| | LIABILITY AND BRIEF IN SUPPORT W/EXHIBITS | |
| 05-13-2019 | PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED  Document Available (#CC19051300000417) TIFF   PDF | |
| | PETITION W/EXHIBITS | |
| 05-15-2019 | CHESAPEAKE DEFENDANTS' RESPONSE TO MOTION TO SETTLE  Document Available (#CC19051500000157) TIFF   PDF | |
| | JOURNAL ENTRY | |

| Date | Description | Amount |
|---|---|---|
| 05-17-2019 | MOTION DOCKET W/AFFIDAVIT OF MAILING<br>Document Available (#CC19051700000032) TIFF  PDF | |
| 05-17-2019 | UNOPPOSED MOTION TO WITHDRAW/SUBSTITUTE COUNSEL<br>Document Available (#CC19051700000057) TIFF  PDF | |
| 05-17-2019 | SPECIAL ENTRY OF APPEARANCE (JESSE R. PIERCE FOR ENCINO<br>Document Available (#CC19051700000061) TIFF  PDF | |
| | ENERGY, LLC; ENCINO ACQUISITION PARTNERS, LLC; AND | |
| | ENCINO OPERATING, LLC) | |
| 05-20-2019 | AGREED ORDER ALLOWING WITHDRAWAL/SUBSTITUTION OF<br>Document Available (#CC19052000000016) TIFF  PDF | |
| | COUNSEL | |
| 05-20-2019 | ISSUED (2) CERTIFIED COPIES TO GABLEGOTWALS | |
| 05-20-2019 | ENTRY OF APPEARANCE (DAVID K. PETTY)<br>Document Available (#CC19052000000032) TIFF  PDF | |
| 05-20-2019 | NOTICE OF WITHDRAWAL OF MOTION<br>Document Available (#CC19052000000036) TIFF  PDF | |
| 05-20-2019 | WRITTEN CONSENT TO FILING OF FIRST AMENDED PETITION<br>Document Available (#CC19052000000037) TIFF  PDF | |
| 05-20-2019 | "FIRST AMENDED" PETITION<br>Document Available (#CC19052000000040) TIFF  PDF | |
| 05-21-2019 | AGREED ORDER<br>Document Available (#CC19052100000109) TIFF  PDF | |
| 05-21-2019 | JOURNAL ENTRY<br>Document Available (#CC19052100000111) TIFF  PDF | |
| 05-23-2019 | PLAINTIFFS' AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT<br>Document Available (#CC19052300000142) TIFF  PDF | |
| | ON LIABILITY AND BRIEF IN SUPPORT W/EXHIBITS | |

9

| Date | Description | Amount |
|---|---|---|
| 05-24-2019 | CHESAPEAKE DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS<br>Document Available (#CC19052400000146) TIFF   PDF | |
| | PENDING PETITION FOR WRIT OF MANDAMUS AND PROHIBITION | |
| | W/EXHIBITS | |
| 05-28-2019 | COURT MINUTE<br>Document Available (#CC19052800000024) TIFF   PDF | |
| 05-28-2019 | SUPPLEMENT TO CHESAPEAKE DEFENDANT'S MOTION FOR STAY OF<br>Document Available (#CC19052800000067) TIFF   PDF | |
| | PROCEEDINGS PENDING PETITION FOR WRIT OF MANDAMUS AND | |
| | PROHIBITION | |
| 05-29-2019 | MOTION TO ASSOCIATE COUNSEL W/EXHIBITS "A,B,C" (SCOTT<br>Document Available (#CC19052900000069) TIFF   PDF | |
| | GOODGER) | |
| 05-31-2019 | MOTION DOCKET W/AFFIDAVIT OF MAILING<br>Document Available (#CC19053100000007) TIFF   PDF | |
| 06-04-2019 | PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE<br>Document Available (#CC19060400000182) TIFF   PDF | |
| | ORDER W/EXHIBIT "A" | |
| 06-05-2019 | STIPULATION AND PROTECTIVE ORDER FOR CONFIDENTIALITY<br>Document Available (#CC19060500000154) TIFF   PDF | |
| | OF DISCOVERY MATERIALS | |
| 06-07-2019 | PLAINTIFFS' OPPOSITION TO CHESAPEAKE'S MOTION TO STAY<br>Document Available (#CC19060700000146) TIFF   PDF | |
| 06-10-2019 | CHESAPEAKE'S OPPOSITION TO PLAINTIFFS' AMENDED MOTION<br>Document Available (#CC19061000000044) TIFF   PDF | |
| | FOR PARTIAL SUMMARY JUDGMENT W/EXHIBITS "1-9" | |
| 06-11-2019 | COURT MINUTE<br>Document Available (#CC19061100000129) TIFF   PDF | |

10

| Date | Description | Amount |
|---|---|---|
| 06-13-2019 | AGREED ORDER<br>Document Available (#CC19061300000140) TIFF   PDF | |
| 06-17-2019 | ORDER FROM SUPREME COURT<br>Document Available (#CC19061700000033) TIFF   PDF | |
| 06-17-2019 | PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' AMENDED<br>Document Available (#CC19061700000037) TIFF   PDF | |
| | MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY | |
| 06-24-2019 | PLAINTIFFS' UNOPPOSED SECOND MOTION FOR EXTENSION OF<br>Document Available (#CC19062400000053) TIFF   PDF | |
| | TIME TO FILE RESPONSES TO ENCINO'S MOTION TO DISMISS | |
| 06-25-2019 | AGREED ORDER<br>Document Available (#CC19062500000049) TIFF   PDF | |
| 07-25-2019 | PLAINTIFFS' UNOPPOSED THIRD MOTION FOR EXTENSION OF<br>Document Available (#CC19072500000092) TIFF   PDF | |
| | TIME TO FILE RESPONSES TO ENCINO'S MOTIONS TO DISMISS | |
| 07-26-2019 | AGREED ORDER<br>Document Available (#CC19072600000114) TIFF   PDF | |
| | .. | |
| 08-23-2019 | PLAINTIFFS' UNOPPOSED MOTION TO SUSPEND BRIEFING<br>Document Available (#CC19082300000011) TIFF   PDF | |
| | SCHEDULED ON ENCINO'S MOTIONS TO DISMISS | |
| 08-27-2019 | AGREED ORDER<br>Document Available (#CC19082700000060) TIFF   PDF | |
| 12-05-2019 | NOTICE OF DENIAL OF PETITION FOR WRIT W/EXHIBIT "1"<br>Document Available (#CC19120500000072) TIFF   PDF | |
| 12-10-2019 | MOTION FOR STAY OF HEARING ON PLAINTIFFS' MOTION FOR<br>Document Available (#CC19121000000208) TIFF   PDF | |
| | PARTIAL SUMMARY JUDGMENT | |

11

| Date | Description | Amount |
|---|---|---|
| 12-12-2019 | PLAINTIFFS' RESPONSE TO ENCINO DEFENDANTS' MOTION FOR <br> Document Available (#CC19121200000117) 📄TIFF 📄PDF | |
| | STAY OF HEARING ON PLAINTIFFS' MOTION FOR PARTIAL | |
| | SUMMARY JUDGMENT | |
| 12-13-2019 | CHESAPEAKE DEFENDANTS' BRIEF IN SUPPORT OF ENCINO'S <br> Document Available (#CC19121300000067) 📄TIFF 📄PDF | |
| | MOTION FOR STAY OF HEARING ON PLAINTIFFS' MOTION FOR | |
| | PARTIAL SUMMARY JUDGMENT | |
| 12-20-2019 | PLAINTIFFS' OMNIBUS OPPOSITION TO ENCINO DEFENDANTS' <br> Document Available (#CC19122000000061) 📄TIFF 📄PDF | |
| | MOTIONS TO DISMISS W/EXHIBITS "A,B,C,D" | |
| 12-20-2019 | EXHIBITS "E & F" TO PLAINTIFFS' OMNIBUS OPPOSITION TO | |
| | ENCINO DEFENDANTS' MOTION TO DISMISS (FILED UNDER SEAL) | |
| 12-20-2019 | MOTION TO FILE UNDER SEAL <br> Document Available (#CC19122000000100) 📄TIFF 📄PDF | |
| 01-03-2020 | NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES <br> Document Available (#CC20010300000014) 📄TIFF 📄PDF | |
| 01-31-2020 | MOTION DOCKET W/AFFIDAVIT OF MAILING <br> Document Available (#CC20013100000115) 📄TIFF 📄PDF | |
| | XX | |
| 02-07-2020 | REPLY TO PLAINTIFFS' OMNIBUS OPPOSITION TO ENCINO <br> Document Available (#CC20020700000086) 📄TIFF 📄PDF | |
| | DEFENDANTS' MOTIONS TO DISMISS | |
| 02-18-2020 | JOURNAL ENTRY <br> Document Available (#CC20021800000019) 📄TIFF 📄PDF | |
| 02-21-2020 | CHESAPEAKE EXPLORATION, L.L.C. AND CHESAPEAKE <br> Document Available (#CC20022100000075) 📄TIFF 📄PDF | |
| | OPERATING, L.L.C.'S ANSWER AND AFFIRMATIVE DEFENSES | |

| Date | Description | Amount |
|---|---|---|
| | TO PLAINTIFFS' AMENDED PETITION | |
| 03-02-2020 | DEFENDANT'S ENCINO ENERGY, LLC AND ENCINO ACQUISITION<br>Document Available (#CC20030200000033) TIFF  PDF | |
| | PARTNERS, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO | |
| | PLAINTIFFS' FIRST AMENDED PETITION | |
| 03-03-2020 | EMERGENCY MOTION TO EXPEDITE DISCOVERY W/EXHIBITS "A&B"<br>Document Available (#CC20030300000039) TIFF  PDF | |
| 03-05-2020 | MOTION TO QUASH NOTICES OF DEPOSITION<br>Document Available (#CC20030500000082) TIFF  PDF | |
| 03-05-2020 | MOTION FOR SCHEDULING ORDER AND REQUEST FOR HEARING<br>Document Available (#CC20030500000087) TIFF  PDF | |
| | W/EXHIBIT | |
| 03-05-2020 | CHESAPEAKE DEFENDANTS' OPPOSITION TO PLAINTIFFS'<br>Document Available (#CC20030500000094) TIFF  PDF | |
| | EMERGENCY MOTION TO EXPEDITE DISCOVERY | |
| 03-06-2020 | DEFENDANTS ENCINO ENERGY, LLC AND ENCINO ACQUISTION<br>Document Available (#CC20030600000032) TIFF  PDF | |
| | PARTNERS, LLC'S MOTION TO STAY AND REQUEST FOR HEARING | |
| 03-09-2020 | PLAINTIFFS' OPPOSITION TO ENCINO'S MOTION TO STAY<br>Document Available (#CC20030900000066) TIFF  PDF | |
| 03-13-2020 | MOTION DOCKET WITH AFFIDAVIT OF MAILING<br>Document Available (#CC20031300000001) TIFF  PDF | |
| | XX | |
| 03-17-2020 | CHESAPEAKE DEFENDANTS' MOTION REGARDING MARCH 24, 2020<br>Document Available (#CC20031700000072) TIFF  PDF | |
| | HEARING | |
| 03-24-2020 | COURT MINUTE<br>Document Available (#CC20040100000042) TIFF  PDF | |

13

| Date | Description | Amount |
|---|---|---|
| 03-24-2020 | COURT MINUTE<br>Document Available (#CC20060400000057) TIFF  PDF | |
| 04-01-2020 | NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES<br>Document Available (#CC20052600000098) TIFF  PDF | |
| 04-20-2020 | COURT MINUTE<br>Document Available (#CC20060400000090) TIFF  PDF | |
| 05-26-2020 | CHESAPEAKE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION<br>Document Available (#CC20052600000220) TIFF  PDF | |
| | TO QUASH NOTICES OF DEPOSITION W/EXHIBITS 1 & 2 | |
| 05-26-2020 | CHESAPEAKE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION<br>Document Unavailable (#CC20052600000220) | |
| | FOR SCHEDULING ORDER AND REQUEST FOR HEARING | |
| | W/EXHIBIT "A" | |
| 06-02-2020 | COURT MINUTE<br>Document Available (#CC20060400000099) TIFF  PDF | |
| 07-01-2020 | NOTICE OF SUGGESTION OF PENDENCY OF BANKRUPTCY FOR<br>Document Available (#CC20070100000069) TIFF  PDF | |
| | CHESAPEAKE ENERGY CORPORATION, ET AL., AND AUTOMATIC | |
| | STAY OF THESE PROCEEDINGS | |
| 07-14-2020 | PLAINTIFF'S MOTION TO SEVER DEFENDANTS WHO HAVE<br>Document Available (#CC20071400000075) TIFF  PDF | |
| | DECLARED BANKRUPTCY | |
| 07-28-2020 | PLAINTIFFS' MOTION FOR ORDER CLARIFYING AUTOMATIC STAY<br>Document Available (#CC20072800000127) TIFF  PDF | |
| | DOES NOT APPLY TO NON-DEBTOR DEFENDANTS, ENCINO ENERGY, | |
| | LLC AND ENCINO ACQUISITION PARTNERS, LLC | |
| | .. | |
| 08-12-2020 | ENCINO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR<br>Document Available (#CC20081200000034) TIFF  PDF | |

14

| Date | Description | Amount |
|---|---|---|
|  | ORDER CLARIFYING AUTOMATIC STAY AND MOTION TO STAY WITH |  |
|  | EXHIBITS A & B |  |
| 08-12-2020 | ENCINO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO<br>Document Available (#CC20081200000056) TIFF    PDF |  |
|  | SEVER DEFENDANTS WHO HAVE DECLARED BANKRUPTCY |  |
| 08-14-2020 | MOTION DOCKET W/AFFIDAVIT OF MAILING<br>Document Available (#CC20081400000001) TIFF    PDF |  |
| 08-17-2020 | PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO SEVER<br>Document Available (#CC20081700000074) TIFF    PDF |  |
|  | DEFENDANTS WHO HAVE DECLARED BANKRUPTCY |  |
| 08-17-2020 | NOTICE OF TELEPHONIC HEARING<br>Document Available (#CC20081700000078) TIFF    PDF |  |
| 09-01-2020 | JOURNAL ENTRY<br>Document Available (#CC20090100000060) TIFF    PDF |  |
| 11-03-2020 | NOTICE OF CHANGE OF ADDRESS (BARBARA FRANKLAND)<br>Document Available (#CC20110300000044) TIFF    PDF |  |
| 01-28-2021 | ENCINO DEFENDANTS' RENEWED MOTION TO STAY<br>Document Available (#CC21012900000069) TIFF    PDF |  |
| 02-26-2021 | NOTIFICATION OF REMOVAL TO THE UNITED STATES BANKRUPTCY<br>Document Unavailable (#CC21022600000485)<br>COURT FOR THE WESTERN DISTRICT OF OKLAHOMA |  |