# EXHIBIT INDEX

| |
|---|
| 01. 2018.12.18 Petition.pdf |
| 02. 2018.12.19 Affidavit of Service of CHK Operating.PDF |
| 03. 2018.12.19 Affidavit of Service of CHK Exploration.PDF |
| 04. 2018.12.26 Notice of Filing Notice of Removal.PDF |
| 05. 2019.03.04 Amended Order.PDF |
| 06. 2019.03.06 Affidavit of Service - Encino Acquisition.PDF |
| 07. 2019.03.06 Affidavit of Service - Encino Energy.PDF |
| 08. 2019.03.06 Affidavit of Service - Encino Operating.PDF |
| 09. 2019.03.06 Affidavit of Service - Encino Partners.PDF |
| 10. 2019.03.06 Certificate of Service.PDF |
| 11. 2019.03.06 CHK_s Amended Disclosure Statement.PDF |
| 12. 2019.03.06 CHK_s Answer.PDF |
| 13. 2019.03.06 Encino_s Unopposed Mot to Withdraw Notice of Removal.PDF |
| 14. 2019.03.06 Exhibit 10 Stipulation.PDF |
| 15. 2019.03.06 Mot for Scheduling PT Conference.PDF |
| 16. 2019.03.06 Notice of Filing of Federal Court Documents.PDF |
| 17. 2019.03.06 Order.PDF |
| 18. 2019.03.06 Plaintiffs_ Resp in Opposition to Defs_ Mot for Ext of Time.PDF |
| 19. 2019.03.07 Motion for Entry of Default Judgment.PDF |
| 20. 2019.03.08 Certificate of Service.PDF |
| 21. 2019.03.08 Emergency Motion to Enjoin Defendants.PDF |
| 22. 2019.03.08 Encino_s Special EOA, Resp to Pltfs_ Mot for Default Judgment & Req for Leave to Answer P.PDF |
| 23. 2019.03.11 Chesapeake's FNC Motion.pdf |
| 24. 2019.03.11 Pltf_s Resp to Encino_s Special EOA, Resp to Mot for DJ & Req for Leave to Answer Pet Out.PDF |
| 25. 2019.03.20 Agreed Order.PDF |
| 26. 2019.03.25  CHK_s Motion to Compel Arbitration.PDF |
| 27. 2019.03.25 CHK Notice Add'l Fed Court Filings.pdf |
| 28. 2019.03.25 Encino_s Reply in Support of Its Special EOA, Req for Leave.PDF |
| 29. 2019.03.26 CHK_s Opposition to Pltfs_ Motion to Enjoin Defendants.PDF |
| 30. 2019.03.29 Pls.' Resp. to Chesapeake's FNC Motion.pdf |
| 31. 2019.04.08 Pltf's Resp to Chesapeakes MTC.pdf |
| 32. 2019.04.08 Pltfs unopposed M for Ext of time.pdf |
| 33. 2019.04.12 Chesapeake Reply M. Dismiss et al.pdf |
| 34. 2019.04.12 Chesapeake's FNC Reply.pdf |
| 35. 2019.04.16 Cert of Mailing.pdf |
| 36. 2019.04.16 Pltfs RIS of their Emergency Mot.pdf |
| 37. 2019.04.17 CHK's Motion to Associate Counsel - R Naresh.PDF |
| 38. 2019.04.17 Motion to Associate Counsel - D Donovan.PDF |
| 39. 2019.04.23 Order admit to practice R Naresh.pdf |
| 40. 2019.04.23.19 Order to Admit to Practice  D Donovan.pdf |

| |
|---|
| 41. 2019.04.30 CTF's Resps. & Objs. to Chesapeake's 1st Set of Discovery Requests.PDF |
| 42. 2019.05.02 Encino Acquisition Partners' Mot. to Dismiss.pdf |
| 43. 2019.05.02 Encino Energy and Encino Operating's Motion to Dismiss.pdf |
| 44. 2019.05.02 JE.pdf |
| 45. 2019.05.08 Plf M. Settle JE.pdf |
| 46. 2019.05.10 Certif. Serv.pdf |
| 47. 2019.05.10 Journ Entry.pdf |
| 48. 2019.05.10 Plf M. Compel Discov Resp.pdf |
| 49. 2019.05.13 Partial MSJ.pdf |
| 50. 2019.05.13 Plf M Extend Time File Resp.pdf |
| 51. 2019.05.13 Plf M. Leave FIle 1st Amend Pet.pdf |
| 52. 2019.05.15 Chesapeake Response to Motion to Settle Journal Entry.PDF |
| 53. 2019.05.17 Spec. EOA.pdf |
| 54. 2019.05.17 Unopp. M. Withdraw Sub Counsel.pdf |
| 55. 2019.05.20 - EOA.pdf |
| 56. 2019.05.20 1st Amend Pet.pdf |
| 57. 2019.05.20 David Petty EOA for CHK.PDF |
| 58. 2019.05.20 Notice Wdraw of Motion.pdf |
| 59. 2019.05.20 Order W_draw Sub Counsel.pdf |
| 60. 2019.05.20 Written Consent to FIle 1st Amend Pet.pdf |
| 61. 2019.05.21 Agreed Order.pdf |
| 62. 2019.05.21 J. Entry.pdf |
| 63. 2019.05.23 Plf Amend. M. Partial MSJ.pdf |
| 64. 2019.05.24 CHK_s Motion for Stay of Proceedings Pending Pet for Writ of Mandamus & Prohibition.PDF |
| 65. 2019.05.28 Court Minute.pdf |
| 66. 2019.05.28 Supplement to CHK Motion to Stay of Proceedings.PDF |
| 67. 2019.05.29 M. Assoc. Counsel.pdf |
| 68. 2019.06.04 Plf Unopposed M. PO.pdf |
| 69. 2019.06.10 CHK_s Response to Plaintiffs_ Amended Motion for Partial Summary Judgment.PDF |
| 70. 2019.12.13 CHK_s Brief in Support of Encino_s Motion for Stay of Hearing on Plaintiffs_ Mot for Part.PDF |
| 71. 2020.03.05 CHK_s Opposition to Plaintiffs_ Emergency Motion to Expedite Discovery.PDF |
| 72. 2020.03.05 Motion for Scheduling Order and Request for Hearing.pdf |
| 73. 2020.03.05 Motion to Quash Notices of Deposition.pdf |
| 74. 2020.03.06 Defendants Encino Energy LLC and Encino Acquisition Partners LLC Motion to Stay and Request for Hearing.pdf |
| 75. 2020.03.09 Plaintiff' Opposition to Encino's Motion to Stay.pdf |
| 76. 2020.03.17 CHK_s Motion Regarding March 24, 2020 Hearing.PDF |
| 77. 2020.03.24 Court Minute re All Pending Motions.pdf |
| 78. 2020.04.01 Notice of Change of Firm Name and Email Address (docket sheet 2020.03.24 Court Minute).pdf |
| 79. 2020.04.20 Court Minute.pdf |

| |
|---|
| 80. 2020.05.26 Chesapeake Defendants' Opposition to Plaintiffs' Motion to Quash Notices of Deposition (docket sheet 20.04.01 Notice of Change of Firm Name and Email.pdf |
| 81. 2020.06.02 Court Minute.pdf |
| 82. 2020.07.01 CHK_s Notice of Bankruptcy.PDF |
| 83. 2020.07.14 Motion to Sever Defendants Who Have Declared Bankruptcy.pdf |
| 84. 2020.07.28 Motion for Order Clarifying Automatic Stay Does Not Apply to Non-Debtor Defendants Encino Energy LLC and Encino Aquisition Partners LLC.pdf |
| 85. 2020.08.12 Encino Defendants' Opposition to Plaintiffs' Motion for Order Clarifying Automatic Stay and Motion to Stay.pdf |
| 86. 2020.08.12 Encino Defendants' Opposition to Plaintiffs' Motion to Sever Defendants Who Have Declared Bankruptcy.pdf |
| 87. 2020.08.14 Motion Docket with Affidavit of Mailing.pdf |
| 88. 2020.08.17 Notice of Telephone Hearing.pdf |
| 89. 2020.08.17 Plaintiffs' Reply in Support of Motion to Sever Defendants Who Have Declared Bankruptcy.pdf |
| 90. 2020.08.17 Plf Reply Supp M. Serv Def Declar Bankr.pdf |
| 91. 2020.09.01 Journal Entry.pdf |
| 92. 2020.11.03 Notice of Change of Address.pdf |
| 93. 2021.01.28 Encino Defendants' Renewed Motion to Stay.pdf |