# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1087–5 | User: jdon | Date Created: 5/4/2021 |
| Case: 21–01019 | Form ID: pdf006 | Total: 22 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
dft         Encino Energy LLC
dft         Encino Acquisition Partners LLC
dft         Encino Operating LLC
ust         Vickie Kaufman
ust         Lendy Heilaman
ust         Katherine Wieland
ust         trustee11
ust         Michele Adams
                                                                                                TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft         Chesapeake Exploration, L.L.C.        c/o Timothy J. Bomhoff        8th Floor 2 Leadership Sq        211 N. Robinson,        Oklahoma City, OK 73102
dft         Chesapeake Exploration, LLC        c/o Timothy J. Bomhoff        8th Floor 2 Leadership Sq        211 N. Robinson,        Oklahoma City, OK 73102
db          Chesapeake Operating, L.L.C.        c/o Timothy J. Bomhoff        8th Floor 2 Leadership Sq        211 N. Robinson        Oklahoma City, OK 73102
aty         Gary M McDonald        McDonald & Kindelt, LLP        15 W. 6th Street, Suite 2606        Tulsa, OK 74119
aty         Mary E Kindelt        McDonald & Kindelt, LLP        15 W. 6th Street, Suite 2606        Tulsa, OK 74119
aty         Rex A Sharp        5301 W. 75th Street        Praire Village, KS 66208
aty         Ross A. Plourde        McAfee & Taft        Two Leadership Square, 8th Floor        211 N Robinson        Oklahoma City, OK 73102
aty         Timmothy J Bomhoff        McAfee & Taft        8th Floor Two Leadership Square        211 N Robinson Avenue        Oklahoma City, OK 73102
smg         Oklahoma Employment Security Commission        PO Box 53039        Oklahoma City, OK 73152–3039
ust         United States Trustee        United States Trustee        215 Dean A. McGee Ave., 4th Floor        Oklahoma City, OK 73102
ust         Charles Glidewell        United States Trustee        215 Dean A. McGee Ave. 4th Fl.        Oklahoma City, OK 73102
ust         Felicia S Turner        215 Dean A. McGee Avenue        Oklahoma City, OK 73102
ust         Test UST        , OK
ust         John McClernon        , OK
                                                                                                TOTAL: 14