**TRANSFER**

# U.S. Bankruptcy Court
## Western District of Oklahoma (Oklahoma City)
### Adversary Proceeding #: 21−01019

*Assigned to:* Sarah A. Hall  
*Demand:*  
   *Nature[s] of Suit:*  01  Determination of removed claim or cause

*Date Filed:* 02/26/21

*Debtor*  
―――――――――――――――――――――  
**Chesapeake Operating, L.L.C.**  
c/o Timothy J. Bomhoff  
8th Floor 2 Leadership Sq  
211 N. Robinson  
Oklahoma City, OK 73102  
405−552−2339

represented by **Ross A. Plourde**  
McAfee & Taft  
Two Leadership Square, 8th Floor  
211 N Robinson  
Oklahoma City, OK 73102  
(405) 235−9621  
Fax : (405) 235−0439  
Email: ross.plourde@mcafeetaft.com

*Plaintiff*  
―――――――――――――――――――――  
**CTF LTD**

represented by **Mary E Kindelt**  
McDonald & Kindelt, LLP  
15 W. 6th Street, Suite 2606  
Tulsa, OK 74119  
(918) 430−3700  
Fax : (918) 430−3770  
Email: mkindelt@mmmsk.com

**Gary M McDonald**  
McDonald & Kindelt, LLP  
15 W. 6th Street, Suite 2606  
Tulsa, OK 74119  
(918) 430−3700  
Fax : (918) 430−3770  
Email: gmcdonald@mmmsk.com

**Rex A Sharp**  
5301 W. 75th Street  
Praire Village, KS 66208  
913−901−0505  
Fax : 913−901−0419  
*LEAD ATTORNEY*

*Plaintiff*  
―――――――――――――――――――――  
**Ronald E Carlton**

represented by **Mary E Kindelt**  
(See above for address)

        **Gary M McDonald**
        (See above for address)

        **Rex A Sharp**
        (See above for address)
        *LEAD ATTORNEY*

*Plaintiff*
------------------------
**Judy L Carlton**     represented by   **Mary E Kindelt**
        (See above for address)

        **Gary M McDonald**
        (See above for address)

        **Rex A Sharp**
        (See above for address)
        *LEAD ATTORNEY*

*Plaintiff*
------------------------
**Richard A Carlton**     represented by   **Mary E Kindelt**
        (See above for address)

        **Gary M McDonald**
        (See above for address)

        **Rex A Sharp**
        (See above for address)
        *LEAD ATTORNEY*

*Plaintiff*
------------------------
**Catherine A Carlton**     represented by   **Mary E Kindelt**
        (See above for address)

        **Gary M McDonald**
        (See above for address)

        **Rex A Sharp**
        (See above for address)
        *LEAD ATTORNEY*

*Plaintiff*
------------------------
**Bruce D Carlton**     represented by   **Mary E Kindelt**
        (See above for address)

        **Gary M McDonald**
        (See above for address)

        **Rex A Sharp**
        (See above for address)
        *LEAD ATTORNEY*

*Plaintiff*

---
**Catherine B Carlton**  represented by **Mary E Kindelt**
(See above for address)

**Gary M McDonald**
(See above for address)

**Rex A Sharp**
(See above for address)
*LEAD ATTORNEY*

*Plaintiff*
---
**Lawrence J Fechko**  represented by **Mary E Kindelt**
(See above for address)

**Gary M McDonald**
(See above for address)

**Rex A Sharp**
(See above for address)
*LEAD ATTORNEY*

V.

*Defendant*
---
**Chesapeake Exploration, L.L.C.**  represented by **Timmothy J Bomhoff**
c/o Timothy J. Bomhoff                      McAfee & Taft
8th Floor 2 Leadership Sq                   8th Floor Two Leadership Square
211 N. Robinson,                            211 N Robinson Avenue
Oklahoma City, OK 73102                     Oklahoma City, OK 73102
(405) 552−2339                              (405) 235−9621
                                            Fax : (405) 235−0439
                                            Email: tim.bomhoff@mcafeetaft.com

**Ross A. Plourde**
(See above for address)

*Defendant*
---
**Chesapeake Exploration, LLC**  represented by **Timmothy J Bomhoff**
c/o Timothy J. Bomhoff                     (See above for address)
8th Floor 2 Leadership Sq
211 N. Robinson,                           **Ross A. Plourde**
Oklahoma City, OK 73102                    (See above for address)
(405) 552−2339

*Defendant*
---
**Chesapeake Operating LLC**  represented by **Timmothy J Bomhoff**
(See above for address)

**Ross A. Plourde**
(See above for address)

*Defendant*
------------------------
**Encino Energy LLC**              represented by **Encino Energy LLC**
                                                   PRO SE

*Defendant*
------------------------
**Encino Acquisition Partners LLC**   represented by **Encino Acquisition Partners LLC**
                                                      PRO SE

*Defendant*
------------------------
**Encino Operating LLC**           represented by **Encino Operating LLC**
                                                   PRO SE

| **Filing Date** | **#** | | **Docket Text** |
|---|---|---|---|
| 02/26/2021 | | 1 | (01 (Determination of removed claim or cause)} **Notice of Removal** by CTF LTD, Chesapeake Exploration, L.L.C.. Fee Amount $350 (Attachments: # 1 Attachment Dist. Court Beaver Co. Okla. Court Docket CJ−2018−00026 CTF LTD et al. 2 # 2 Attachment Exhibit Index # 3 Exhibit BINDER EXHIBITS_Part1 # 4 Exhibit BINDER EXHIBITS_Part2 # 5 Exhibit BINDER EXHIBITS_Part3) (Plourde, Ross) (Entered: 02/26/2021) |
| 02/26/2021 | | | Receipt of Notice of Removal(21−01019) [cmp,ntcrmvl] ( 350.00) Filing Fee. Receipt number 8339952. Fee amount 350.00. (U.S. Treasury) (Entered: 02/26/2021) |
| 03/01/2021 | | 2 | Notice of Appearance and Request for Notice with Certificate of Service Filed by Ross A. Plourde on behalf of Chesapeake Exploration, L.L.C., Chesapeake Exploration, LLC. (Plourde, Ross) (Entered: 03/01/2021) |
| 03/01/2021 | | | Judge Sarah A. Hall added to case (bsm, ca) (Entered: 03/01/2021) |
| 03/02/2021 | | 3 | Notice of Appearance and Request for Notice with Certificate of Service Filed by Timmothy J Bomhoff of McAfee & Taft on behalf of Chesapeake Exploration, L.L.C., Chesapeake Exploration, LLC. (Bomhoff, Timmothy) (Entered: 03/02/2021) |
| 03/02/2021 | | | **Correction needed on docket entry 1 Notice of Removal. The information on the signature block differs from the CM/ECF profile. The Telephone Number is incorrect. Please refile the document with the complete, correct signature block.  If the correction is not made by the close of business on 3/5/2021 the entry will be stricken.** (dmcge, ca) (Entered: 03/02/2021) |
| 03/03/2021 | | 4 | Amended Notice *Of Removal* with Certificate of Service Filed by Ross A. Plourde on behalf of Chesapeake Operating, L.L.C., Chesapeake Exploration, LLC (RE: related document(s)1 (01 (Determination of removed claim or cause)} **Notice of Removal** by CTF LTD, Chesapeake |

| | | | |
|---|---|---|---|
| | | | Exploration, L.L.C.. Fee Amount $350 (Attachments: # 1 Attachment Dist. Court Beaver Co. Okla. Court Docket CJ−2018−00026 CTF LTD et al. 2 # 2 Attachment Exhibit Index # 3 Exhibit BINDER EXHIBITS_Part1 # 4 Exhibit BINDER EXHIBITS_Part2 # 5 Exhibit BINDER EXHIBITS_Part3) filed by Plaintiff CTF LTD, **Correction needed on docket entry 1 Notice of Removal. The information on the signature block differs from the CM/ECF profile. The Telephone Number is incorrect. Please refile the document with the complete, correct signature block.  If the correction is not made by the close of business on 3/5/2021 the entry will be stricken.**). (Plourde, Ross) (Entered: 03/03/2021) |
| 03/08/2021 | | | Corrective Entry Satisfied *phone number and email corrected* (jdon, ca) (Entered: 03/08/2021) |
| 03/22/2021 | | 5 | STRICKEN−Motion to Transfer Case to USBC Southern District of Texas *and Entry of an Order Transferring Venue* with Certificate of Service,. Filed by Timmothy J Bomhoff of McAfee & Taft, Ross A. Plourde on behalf of Chesapeake Exploration, L.L.C., Chesapeake Operating LLC. (Attachments: # 1 Exhibit A. Proposed Transfer Order 21−1019) (Plourde, Ross) Modified on 3/23/2021 to add stricken see Order 7 (jdon, ca). (Entered: 03/22/2021) |
| 03/23/2021 | | | **Correction needed on docket entry 5 Motion to Transfer Case. The information on the signature block differs from the CM/ECF profile. The Telephone Number is incorrect. Please refile the document with the complete, correct signature block.  If the correction is not made by the close of business on 3/26/2021 the entry will be stricken.** (aowen, ca) (Entered: 03/23/2021) |
| 03/23/2021 | | 6 | STRICKEN Amended Motion to Transfer Case to USBC Southern District of Texas with Certificate of Service,. Filed by Timmothy J Bomhoff of McAfee & Taft, Ross A. Plourde on behalf of Chesapeake Exploration, LLC, Chesapeake Operating LLC. (RE: related document(s)5 Motion to Transfer Case filed by Defendant Chesapeake Exploration, L.L.C., Defendant Chesapeake Operating LLC). (Attachments: # 1 Exhibit A. Proposed Transfer Order) (Plourde, Ross) Modified on 3/23/2021 to add stricken to docket text per docket entry 8.(dcus, ca). (Entered: 03/23/2021) |
| 03/23/2021 | | | Corrective Entry Satisfied *DE 5 has been Stricken.* (jdon, ca) (Entered: 03/23/2021) |
| 03/23/2021 | | 7 | Order Striking Motion To Transfer Case (Related Doc # 5) Signed by Judge Hall. Time signed: 12:08 cc: All Parties Service by jd Date: 3/23/2021 (jdon, ca) (Entered: 03/23/2021) |
| 03/23/2021 | | 8 | Order to Strike Document Signed by Judge Hall. Time signed: 16:27 cc: all parties Service by dcus Date: 03/23/21 (RE: related document(s)6 Motion to Transfer Case filed by Defendant Chesapeake Exploration, LLC, Defendant Chesapeake Operating LLC). (dcus, ca) (Entered: 03/23/2021) |
| 03/23/2021 | | 9 | Amended Motion to Transfer Case to USBC Southern District of Texas *for Entry of an Order Transferring Venue* with Certificate of Service, With Notice and Opportunity for Hearing. Filed by Timmothy J Bomhoff of McAfee & Taft, Ross A. Plourde on behalf of Chesapeake Exploration, LLC, Chesapeake Operating LLC. (RE: related document(s)5 Motion to Transfer Case filed by Defendant Chesapeake Exploration, L.L.C., |

| Date | | # | Description |
|---|---|---|---|
| | | | Defendant Chesapeake Operating LLC, 6 Motion to Transfer Case filed by Defendant Chesapeake Exploration, LLC, Defendant Chesapeake Operating LLC). (Attachments: # 1 Exhibit A. Proposed Transfer Order 21−1019) (Plourde, Ross) (Entered: 03/23/2021) |
| 03/25/2021 | | 10 | BNC Certificate of Mailing. (RE: related document(s)7 Order on Motion to Transfer Case) No. of Notices: 4. Notice Date 03/25/2021. (Admin.) (Entered: 03/25/2021) |
| 03/25/2021 | | 11 | BNC Certificate of Mailing. (RE: related document(s)8 Order to Strike Document) No. of Notices: 4. Notice Date 03/25/2021. (Admin.) (Entered: 03/25/2021) |
| 04/14/2021 | | 12 | Motion to Dismiss Adversary Proceeding with Brief in Support, with Certificate of Service, With Notice and Opportunity for Hearing. Filed by Gary M McDonald of McDonald & Kindelt, LLP on behalf of CTF LTD, Bruce D Carlton, Catherine A Carlton, Catherine B Carlton, Judy L Carlton, Richard A Carlton, Ronald E Carlton, Lawrence J Fechko. (McDonald, Gary) (Entered: 04/14/2021) |
| 04/28/2021 | | 13 | Response to (related document(s): 12 Motion to Dismiss Adversary Proceeding filed by Plaintiff CTF LTD, Plaintiff Ronald E Carlton, Plaintiff Judy L Carlton, Plaintiff Richard A Carlton, Plaintiff Catherine A Carlton, Plaintiff Bruce D Carlton, Plaintiff Catherine B Carlton, Plaintiff Lawrence J Fechko) . Filed by Ross A. Plourde of McAfee & Taft, Ross A. Plourde on behalf of Chesapeake Exploration, LLC, Chesapeake Operating LLC with Certificate of Service (Plourde, Ross) Modified on 4/29/2021 to correct the party filer name (dwebs, ca). (Entered: 04/28/2021) |
| 04/29/2021 | | | **Court Correction Advisory:** The incorrect party filer was selected in docket entry 13 Response. The clerks office has corrected the docket text and court records to reflect the correct party filer. (dwebs, ca) (Entered: 04/29/2021) |
| 04/29/2021 | | 14 | Hearing Docket Scheduled With Judge Sarah A. Hall cc: Gary M. McDonald, Ross A. Plourde and US Trustee Service By: dcalv Date of Service: 4/29/2021 (RE: related document(s)12 Motion to Dismiss Adversary Proceeding filed by Plaintiff CTF LTD, Plaintiff Ronald E Carlton, Plaintiff Judy L Carlton, Plaintiff Richard A Carlton, Plaintiff Catherine A Carlton, Plaintiff Bruce D Carlton, Plaintiff Catherine B Carlton, Plaintiff Lawrence J Fechko) Hearing to be held on 5/26/2021 at 09:30 AM Telephonically for 12, (dcalv) Modified on 4/29/2021 to edit recipients (dcalv). (Entered: 04/29/2021) |
| 04/29/2021 | | 15 | Motion to Appear Pro Hac Vice by Rex A. Sharp as counsel for CTF, Ltd., Ronald E. and Judy L. Carlton, Richard A. and Catherine A. Carlton, Bruce D. and Catherine B. Carlton, and Lawrence J. Fechko. with Certificate of Service,. Filed by Mary E Kindelt of McDonald & Kindelt, LLP on behalf of CTF LTD, Bruce D Carlton, Catherine A Carlton, Catherine B Carlton, Judy L Carlton, Richard A Carlton, Ronald E Carlton, Lawrence J Fechko. (Kindelt, Mary) (Entered: 04/29/2021) |
| 04/30/2021 | | 18 | Order Granting Application/Motion to Appear Pro Hac Vice by Rex A. Sharp as counsel for Ronald E. and Judy L. Carlton, Richard A. and Catherine A. Carlton, Bruce D. and Catherine B. Carlton and Lawrence J. Fechko, CTF, Ltd.. (Related Doc 15) Signed by Judge Hall. Time signed: 9:28 cc: All Parties Service by jdon Date: 05/4/2021 Involvement of Rex A Sharp for Catherine B Carlton; Judy L Carlton; Richard A Carlton; |

|  |  |  | Ronald E Carlton; Lawrence J Fechko; Bruce D Carlton and Catherine A Carlton added to case. (jdon, ca) Modified on 5/4/2021 to correct spelling (jdon, ca). Modified on 5/5/2021 to add CTF,Ltd. (jdon, ca). (Entered: 05/04/2021) |
|---|---|---|---|
| 05/01/2021 |  | 16 | BNC Certificate of Mailing. (RE: related document(s)14 Hearing Docket – ap) No. of Notices: 3. Notice Date 05/01/2021. (Admin.) (Entered: 05/01/2021) |
| 05/03/2021 |  | 17 | Reply to (related document(s): 12 Motion to Dismiss Adversary Proceeding filed by Plaintiff CTF LTD, Plaintiff Ronald E Carlton, Plaintiff Judy L Carlton, Plaintiff Richard A Carlton, Plaintiff Catherine A Carlton, Plaintiff Bruce D Carlton, Plaintiff Catherine B Carlton, Plaintiff Lawrence J Fechko) . Filed by Gary M McDonald of McDonald & Kindelt, LLP on behalf of CTF LTD, Bruce D Carlton, Catherine A Carlton, Catherine B Carlton, Judy L Carlton, Richard A Carlton, Ronald E Carlton, Lawrence J Fechko with Certificate of Service (McDonald, Gary) (Entered: 05/03/2021) |
| 05/04/2021 |  | 19 | Receipt Number OKW5000853, Fee Amount $50.00 Attorney Rex A. Sharp to Appear Pro Hac Vice to represent Ronald E. and Judy L. Carlton, Richard A. and Catherine A. Carlton, Bruce D. and Catherine B. Carlton and Lawrence J. Fechko. (RE: related document(s)18 Order on Motion to Appear Pro Hac Vice) (jdon, ca) (Entered: 05/04/2021) |
| 05/04/2021 |  | 20 | Order Granting Motion To Transfer Case (Related Doc # 9) *to the Southern District of Texas*. Signed by Judge Hall. Time signed: 13:05 cc: All Parties Service by jd Date: 5/4/2021 (jdon, ca) (Entered: 05/04/2021) |
| 05/06/2021 |  | 21 | BNC Certificate of Mailing. (RE: related document(s)18 Order on Motion to Appear Pro Hac Vice) No. of Notices: 7. Notice Date 05/06/2021. (Admin.) (Entered: 05/06/2021) |
| 05/06/2021 |  | 22 | BNC Certificate of Mailing. (RE: related document(s)20 Order on Motion to Transfer Case) No. of Notices: 7. Notice Date 05/06/2021. (Admin.) (Entered: 05/06/2021) |