**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CHESAPEAKE ENERGY CORPORATION, *et al.* | Case No. 20-33233 (DRJ) |
| | Jointly Administered |
| Reorganized Debtors. | |
| CTF LTD., et al. | |
| Plaintiffs | |
| vs. | Adversary No. 21-03427 |
| Chesapeake Exploration, L.L.C., et al. | |
| Defendants. | |

**WITNESS AND EXHIBIT LIST OF CTF, LTD., RONALD E. CARLTON, JUDY L. CARLTON, RICHARD A. CARLTON, CATHERINE A. CARLTON, BRUCE D. CARLTON, CATHERINE B. CARLTON, AND LAWRENCE J. FECHKO**

CTF, Ltd., Ronald E. Carlton, Judy L. Carlton, Richard A. Carlton, Catherine A. Carlton, Bruce D. Carlton, Catherine B. Carlton, and Lawrence J. Fechko. (individually, each a "Plaintiff" and collectively, the "Plaintiffs"), by and through their counsel Parkins Lee & Rubio LLP ("Parkins Lee & Rubio"), hereby submits this Witness and Exhibit List in connection with the hearing to be held on Monday, June 14, 2021 at 3:00 p.m. (Central Time) (the "Hearing") on the *Plaintiffs' Combined Motion to Dismiss Action Pursuant to Fed. R. Civ. P. 41(a)(2), Brief in Support, and Notice of Opportunity for Hearing [ECF No. 12].*

## WITNESSES

The Plaintiffs may call any of the following witnesses at the Hearing, whether in person or

by proffer:

1. Rex A. Sharp;

2. Any witnesses called or designated by any other party;

3. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties; and

4. Plaintiffs reserves the right to cross-examine any witness called by any other party.

## **EXHIBITS**

The Plaintiffs may offer for admission into evidence any of the following exhibits at the

Hearing:

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | First Amended Petition [D.C. Beaver County, OK, Case No. CJ-2018-26] | | | | |
| 2. | Chesapeake Exploration, LLC and Chesapeake Operating, LLC's Answer and Affirmative Defenses to Plaintiff's Amended Petition [D.C. Beaver County, OK, Case No. CJ-2018-26] | | | | |
| 3. | Plaintiffs' Combined Motion to Dismiss Action Pursuant to Fed. R. Civ. P. 41(a)(2), Brief in Support, and Notice of Opportunity for Hearing [ECF No. 12] | | | | |
| 4. | Chesapeake's Response to Plaintiff's Combined Motion to Dismiss Action, Brief in Support, and Notice of Opportunity for Hearing [ECF No. 13] | | | | |
| 5. | Plaintiffs' Combined Reply in Support of Motion to Dismiss Action Pursuant to Fed. R. Civ. P. 41(a)(2) [ECF No. 17] | | | | |
| 6. | Order Granting in Part Motion to Abstain, Sever and Remand Case and Granting in Part Motion to Transfer [W.D. OK Adv. 21-01021, ECF No. 50] | | | | |

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 7. | Docket Sheet, *CTF, Ltd., et al. v. Chesapeake Exploration, L.L.C., et al.*, Case No. CJ-2018-00026, District Court of Beaver County, Oklahoma | | | | |
| 8. | Docket Sheet, *CTF, Ltd. et al. v. Encino Energy, LLC, et al.*, Case No. CJ-2018-00026A, District Court of Beaver County, Oklahoma | | | | |
| 9. | Docket Sheet, *CTF, Ltd., et al. vs. Chesapeake Exploration, LLC, et al.*, Adv. Proc. No. 21-01019, United States Bankruptcy Court for the Western District of Oklahoma | | | | |
| 10. | Docket Sheet, *CTF, Ltd., et al.  vs. Encino Energy, LLC, Adv. Proc. No. 21-01021*, United States Bankruptcy Court for the Western District of Oklahoma | | | | |
| 11. | Docket Sheet, *CTF, Ltd., et al. vs. Chesapeake Exploration, LLC, et al.*, Adv. Proc. No. 21-03427, United States Bankruptcy Court for the Southern District of Texas | | | | |

The Plaintiffs reserves the right to supplement, amend or delete any witness and exhibit prior to the Hearing.  The Plaintiffs also reserves the right to use any exhibit presented by any other party and to ask the Court to take judicial notice of any document.  Finally, the Plaintiffs reserves the right to introduce exhibits previously admitted.

*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*

Dated:  June 11, 2021

/s/ Charles M. Rubio
PARKINS LEE & RUBIO LLP
Charles M. Rubio P.C.
TX Bar No. 24083768
Pennzoil Place
700 Milam Street, Suite 1300
Houston, Texas 77002
Email: crubio@parkinslee.com
Phone: 713-715-1660

and

Rex A. Sharp, OBA#011990
(*Admitted pro hac vice*)
Sharp Law, LLP
5301 W. 75th Street
Prairie Village, KS  66208
(913) 901-0505
(913) 901-0419 fax
rsharp@midwest-law.com

*Counsel for The Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly electronically on those parties registered to receive electronic notice via the Court's CM/ECF system and by email to the following parties:

Matthew D. Cavenaugh (mcavenaugh@jw.com)
Kristhy M. Peguero (kpeguero@jw.com)
Patrick J. Nash, Jr., P.C. (patrick.nash@kirkland.com)
Alexandra Schwarzman (alexandra.schwarzman@kirkland.com)

/s/ Charles M. Rubio