IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>CHESAPEAKE ENERGY CORPORATION,<br>    Reorganized Debtor. | § <br> § <br> § Chapter 11 <br> § <br> § Case No. 20-33233 (DRJ) <br> § <br> § (Jointly Administered) |
| CTF, LTD.; RONALD E. AND JUDY L. CARLTON; RICHARD A. and CATHERINE A. CARLTON; BRUCE D. and CATHERINE B. CARLTON; and LAWRENCE J. FECHKO,<br><br>    Plaintiffs,<br><br>v.<br><br>CHESAPEAKE EXPLORATION, L.L.C., CHESAPEAKE OPERATING, L.L.C., and their affiliated entities,<br><br>    Defendants, | Adversary No. 21-03427 |

**ORDER GRANTING MOTION TO DISMISS ADVERSARY PROCEEDING**

On June 14, 2021, the Court held a hearing on the Royalty Plaintiffs'[1] *Motion to Dismiss Adversary Proceedings with Brief in Support, With Certificate of Service, With Notice and Opportunity for Hearing* (the "Motion") and considered the Motion and arguments of counsel.

For the reasons set forth by the Court in its oral ruling, and pursuant to Fed. R. Civ. P. 41 made applicable to this action by Fed. R. Bankr. P. 7041, it is HEREBY ORDERED THAT:

1.  The above referenced adversary proceeding is hereby dismissed with prejudice.

---

[1] The "Royalty Plaintiffs" include Bruce D. Carlton; Catherine A. Carlton; Catherine B. Carlton; CTF, Ltd.; Judy L. Carlton; Lawrence J. Fechko; Richard A. Carlton; and Ronald R. Carlton.

2. The parties are authorized to take all actions necessary or appropriate to effectuate the relief granted herein.

3. This Order shall be immediately effective and enforceable upon its entry.

Dated: _____, 2021
Houston, Texas

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

**AGREED TO AS TO FORM ON THIS 18TH DAY OF JUNE, 2021:**

*/s/ Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
| Kristhy M. Peguero (TX Bar No. 24102776) | Alexandra Schwarzman (admitted *pro hac vice*) |
| Veronica A. Polnick (TX Bar No. 24079148) | 300 North LaSalle Street |
| 1401 McKinney Street, Suite 1900 | Chicago, Illinois 60654 |
| Houston, Texas 77010 | Telephone: (312) 862-2000 |
| Telephone: (713) 752-4200 | Facsimile: (312) 862-2200 |
| Facsimile: (713) 752-4221 | Email: patrick.nash@kirkland.com |
| Email: mcavenaugh@jw.com | alexandra.schwarzman@kirkland.com |
| jwertz@jw.com | |
| kpeguero@jw.com | |
| vpolnick@jw.com | |
| | |
| *Co-Counsel to the Reorganized Debtors* | *Co-Counsel to the Reorganized Debtors* |

-and-

*/s/ Charles M. Rubio (with permission)*
**PARKINS LEE & RUBIO LLP**
Charles M. Rubio P.C. TX Bar No. 24083768
Pennzoil Place 700 Milam Street, Suite 1300
Houston, Texas 77002
Email: crubio@parkinslee.com
Phone: 713-715-1660

-and-

Rex A. Sharp, OBA#011990 (*admitted pro hac vice*)
Sharp Law, LLP
5301 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 901-0419 fax
rsharp@midwest-law.com

*Counsel to the Royalty Plaintiffs*